**Motion Granted; Dismissed and Memorandum Opinion filed December 4, 2014.**



In The

# Fourteenth Court of Appeals

### NO. 14-14-00856-CV

## IN THE MATTER OF THE MARRIAGE OF JOHN DAVID SORENSEN AND CAROLINE DIANE LAVERY SORENSEN

**On Appeal from the 308th District Court
Harris County, Texas
Trial Court Cause No. 2013-66085**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed September 15, 2014. On November 25, 2014, appellant John David Sorensen filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed with prejudice.

PER CURIAM

Panel consists of Justices Jamison, Busby, and Brown.